```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14177
    CARCIEL D WILLIAMS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1208

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 11/01/2006 and was confirmed 12/21/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 08/21/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
   CREDIT ACCEPTANCE        SECURED VEHIC     800.00           47.34            644.42
   CHICAGO DEPT OF REVENUE  SPECIAL CLASS    1320.84             .00              .00
   SEARS                    UNSECURED        NOT FILED           .00              .00
   WAL MART STORES INC      UNSECURED        NOT FILED           .00              .00
   RETAILERS NATIONAL BANK/ UNSECURED        NOT FILED           .00              .00
   VERISON WIRELESS         UNSECURED        NOT FILED           .00              .00
   T-MOBILE CORPORATION     UNSECURED        NOT FILED           .00              .00
   LVNV FUNDING LLC         UNSECURED         235.08             .00              .00
   SBC ILLINOIS             UNSECURED        NOT FILED           .00              .00
   CAN COMMUNICATION SERVIC UNSECURED        NOT FILED           .00              .00
   COMCAST                  UNSECURED        NOT FILED           .00              .00
   COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00              .00
   PEOPLES GAS              UNSECURED        NOT FILED           .00              .00
   ALL FINANCIAL SERVICES   UNSECURED        NOT FILED           .00              .00
   PAY DAY LOAN STORE       UNSECURED        NOT FILED           .00              .00
   ATLANTIC LOAN COMPANY    UNSECURED        NOT FILED           .00              .00
   ADVANCE TIL PAYDAY       UNSECURED        NOT FILED           .00              .00
   ILLINOIS TITLE LOANS INC UNSECURED        NOT FILED           .00              .00
   CASH ADVANCE NETWORK     UNSECURED        NOT FILED           .00              .00
   GE CAPITAL               UNSECURED        NOT FILED           .00              .00
   ARROW FINANCIAL SERVICES UNSECURED        NOT FILED           .00              .00
   FAIRLAIN CREDIT          UNSECURED        NOT FILED           .00              .00
   NICOR GAS                UNSECURED        NOT FILED           .00              .00
   PORTFOLIO RECOVERY ASSOC UNSECURED        1107.35             .00              .00
   DEPT OF EMPLOYMENT SECUR UNSECURED        NOT FILED           .00              .00
   CREDIT ACCEPTANCE        UNSECURED         528.29             .00              .00
   DANIEL M MOULTON         DEBTOR ATTY     1,600.00                          1,270.43
   TOM VAUGHN               TRUSTEE                                             141.81
   DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14177 CARCIEL D WILLIAMS

```
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,104.00

PRIORITY                                                  .00
SECURED                                                644.42
    INTEREST                                            47.34
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,270.43
TRUSTEE COMPENSATION                                   141.81
DEBTOR REFUND                                             .00
                         ---------------       ---------------
TOTALS                    2,104.00                 2,104.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
   Dated: 11/20/08         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 06 B 14177 CARCIEL D WILLIAMS